# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

150025(148)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

EDWIN A. NICHOLS,
      Plaintiff-Appellee,

v

HOWMET CORPORATION and PACIFIC
EMPLOYERS INSURANCE COMPANY/
CIGNA,
      Defendants-Appellees,
and

CORDANT TECHNOLOGIES and MICHIGAN
PROPERTY & CASUALTY ASSOCIATION,
      Defendants-Appellants.

SC: 150025
COA: 303783
WCAC:  08-000024
       08-000050

_____/

     On order of the Court, the motion for reconsideration of this Court's December 30, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



p0518

                       Clerk